UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYED ALI,

    Plaintiff,

v.                               CASE NO. 3:19cv1689-MCR-HTC

KELLY BARTON,
RICHARD SPIEGEL,
CHAD SMITH,
KEVIN SCHNEIDER,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 25, 2020. ECF No. 36. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Defendants' motion to dismiss, ECF No. 31, is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of January 2021.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**